UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MISCELLANEOUS NUMBER

FILED
IN CLERKS OFFICE
2005 JAN 27 P 4: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE:  )
)
THE MATTER OF  )   05-mc-10042
JACK M. SPITALE  )
)

## MOTION TO WAIVE FILING FEE

Petitioner Jack M. Spitale hereby moves that the filing fee for a miscellaneous matter seeking a Protective Order be waived. As ground therefore, petitioner states:

1. The petitioner was found indigent and given undersigned appointed counsel in Commonwealth v. Spitale, Middlesex Superior Court docket MICR2002-01352. A copy of counsel's assignment form is attached.

2. Requiring the petitioner to pay the filing fee would impose a burden upon counsel, given the paperwork required to obtain reimbursement of this expense from the Commonwealth.

Jack M. Spitale,
By his attorney,

Edward W. Wayland (BBO# 632471)
Perry, Krumsiek & Wayland, LLP
114 State Street, Suite 200
Boston, MA 02109
(617) 742-9012

Dated: January 26, 2005

| NOTICE OF ASSIGNMENT OF COUNSEL | ASSIGNMENT NUMBER **C 2044406-0** | COMMONWEALTH OF MASSACHUSETTS |
|---|---|---|
| DATE OF ASSIGNMENT: 10/7/03 | NAME OF ASSIGNING JUDGE: Muse | COURT DIVISION: #477 MIDDLESEX SUPERIOR COURT 40 THORNDIKE STREET EAST CAMBRIDGE, MA 02141 — ☐ JURY SESSION |

NAME OF PERSON FOR WHOM COUNSEL ASSIGNED: Jack M Spitale

☐ Juvenile (J)   ☐ Adult (A)   Language if not English: _____

**CRIMINAL CASES—ENTER OFFENSE CODE OR CHAPTER & SECTION WITH CHARGE**

| DOCKET NO. | OFFENSE CODE | CHAPTER | SECTION | CHARGE |
|---|---|---|---|---|
| A | 02-1352 | 272 | 29C | Poss child Porn |
| B | " |  |  | " |
| C | " |  |  | " |
| D | " |  |  | " |
| E | " |  |  | " |
| F | " |  |  | " |

**NON-CRIMINAL CASES**
- ☐ 1001 c.119, §§23(C), 29
- ☐ 1002 c.210, §3/DPW v.JKB
- ☐ 1003 Civil Commitment
- ☐ 1017 Writ of Apprehension c.123, §12(E)
- ☐ 1018 Commitment of Alcoholics c.123, §35
- ☐ 1019 Commitment/Guardianship of Mentally Retarded Persons c.201,§6A
- ☐ 1004 Commitment Review
- ☐ 1005 c.112, §12S
- ☐ 1006 SDP (c. 123A, §5)
- ☐ 1007 SDP Review (c. 123A, §9)
- ☐ 1008 CHINS (c.119, §39F)
- ☐ 1009 Rogers
- ☐ 1010 Spring/Saikewicz
- ☐ 1011 Probate Contempt
- ☐ 1012 Housing Contempt
- ☐ 1013 Foster Care Review
- ☐ 1014 Elderly Abuse
- ☐ 1015 c.201 Guardianship
- ☐ 1016 C&P (c.119, §§24, 29)
- ☐ 1020 Disabled Persons (c.19C, §7) Petition for Protective Services

THIS FORM IS NOT FOR GUARDIAN AD LITEM ASSIGNMENTS

**NEXT COURT DATE:** 11/6/03
FOR:
- ☐ Bench or Jury Trial (T)
- ☐ Probable Cause (C)
- ☐ Pre-Trial (P)
- ☒ Other (O)

**INCARCERATION STATUS**
- ☒ Released
- ☐ Not Released    Bail $ ____ No Bail ____
- ☐ Serving Other Sentence
- ☐ Committed
- ☐ Not Applicable

**POST-TRIAL CRIMINAL CASES ONLY — PURPOSE OF ASSIGNMENT**
- ☐ Appeals Court or SJC (A)
- ☐ Sentence Appeal (S)
- ☐ Probation Surrender (P)
- ☐ Revise and Revoke (R)
- ☐ New Trial Motion (N)
- ☐ Other (O)

**INDIGENCY DETERMINATION**
The court has found the above-named person
☒ Indigent    or    ☐ Indigent but able to contribute $ _____

The attorney or organization listed below is assigned to represent this person in this action.

**CHECK ONE OF THE FOLLOWING:**

☐ Public Defender Division
Local Office # _____
(See reverse side for address and telephone number.)

☐ Student Attorney under Rule 3:03
Name of Program: _____

☐ Attorney to be named by CPCS for Appeals Court/SJC/Murder Cases/Rule 30 Motions/SDP Send to: CPCS
470 Atlantic Ave., Suite 700
Boston, MA 02210

☒ Private Counsel Attorney
PLEASE PRINT
NAME: Edward W. Weyland
STREET: 114 State St
CITY: Boston
STATE: MA    ZIP: 02109
TELEPHONE: 617-742-9012

CRIMINAL CASE INFORMATION CONTACT: BAR ADVOCATE PROGRAM NO. _____
(SEE REVERSE SIDE FOR ADDRESS AND TELEPHONE NUMBER.)

AUTHORIZED SIGNATURE: [signature]
PRINT NAME: [signature]

**INSTRUCTIONS TO THE COURT**
1. Forward white copy to Committee for Public Counsel Services, 470 Atlantic Ave., Suite 700, Boston, MA 02210
2. Retain green copy for court file.
3. Remaining copies are color coded as follows: pink—client, blue—bar advocate program, buff and goldenrod—attorney.

PC-1 (Rev. 6/95)

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Jack M. Spitale

**DEFENDANTS**
N/A

FILED IN CLERKS OFFICE
2005 JAN 27 P 4: 39   05-mc-10042
U.S. DISTRICT COURT
DISTRICT OF MASS

**(b)** County of Residence of First Listed Plaintiff   Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Edward W. Wayland, Perry, Krumsiek & Wayland, 114 State Street, Boston, MA 02109.  617-742-9012

Attorneys (If Known)

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Seeking protective order for transportation interstate of pornographic materials for purposes of analysis.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 1/27/05
SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____


UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 27 P 4:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

1. Title of case (name of first party on each side only) In re: The Matter of Jack Spitale

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [ ]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [✓]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Edward W. Wayland
ADDRESS 114 State Street, Suite 200, Boston, MA 02109
TELEPHONE NO. 617-742-9012

(Coversheetlocal.wpd - 10/17/02)