UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MISCELLANEOUS NUMBER

FILED
CLERKS OFFICE
2005 JAN 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

05-mc-10042

IN RE: )
)
THE MATTER OF )
JACK M. SPITALE )
)

## PROTECTIVE ORDER

THIS MATTER coming before the Court on Petitioner's Motion For Protective Order, and the Court having considered the Motion, the Order on Discovery entered in <u>Commonwealth v. Spitale</u>, in the Superior Court of Massachusetts, Middlesex County, docket number MICR2002-01352, and the Affidavit of Marcus Lawson, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Petitioner's counsel shall be permitted to transport the items produced in discovery <u>Commonwealth v. Spitale</u>, MICR2002-01352 that may contain images alleged to constitute child pornography to Marcus Lawson, Global CompuSearch, LLC, of Spokane, Washington, defendant's expert, for analysis.

2. Petitioner's counsel and Marcus Lawson of Global CompuSearch, LLC, shall be permitted to transport between themselves said items which may contain images alleged to constitute child pornography, and/or copies thereof.

3. The Petitioner, his counsel and the Petitioner's expert shall be bound to obey the terms and conditions regarding the security of these items and with respect

to the ultimate destruction of the items as set forth in the Order on Discovery entered by the Middlesex Superior Court on March 18, 2004.

4. Provision of these items by the Commonwealth to Petitioner's counsel and/or to Petitioner's expert, and transport of these items and/or copies thereof between Petitioner's counsel and Petitioner's expert in the State of Washington, shall be deemed duties consistent with the lawful discharge of their roles as attorneys and as expert, and shall not subject them to prosecution of any laws deeming such actions to constitute criminal offenses.

To deny the defense an opportunity to examine the evidence seized by the Commonwealth and which the Commonwealth intends to use in its prosecution of the defendant on serious allegations would clearly violate the defendant's rights to Due Process under both the Federal and State constitutions.

ORDERED this 17 day of ~~January~~ March, 2005.

_____
JUSTICE, UNITED STATES DISTRICT COURT
(without opposition)